Matthew ROSS, Jr.,* Petitioner
Below, Appellant,

v.

Jackie LONG, Respondent
Below, Appellee.

No. 75, 2017

Supreme Court of Delaware.

Submitted: July 28, 2017

Decided: August 7, 2017

Court Below—Family Court of the State
of Delaware, in and for Kent County, File

* The Court assigned pseudonyms to the parties   under Supreme Court Rule 7(d).

No. CK06–01392, Pet. Nos. 14–34364, 16–10165

DISMISSED.